Argued May 4—decided May 4, 1971

HERBERT SPENCER ET AL. *v.* GOOD EARTH RESTAURANT
CORPORATION

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*John J. Coughlin,* for the appellees (plaintiffs).

*Ralph J. Lockwood,* for the appellant (defendant).

Argued May 4—decided May 4, 1971